**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
By:     William S. Katchen
        Daniel Ginzburg
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
(973) 424-2000 (tel)
*Attorneys for Defendant*
George C. Peck
-and-
**ALBERT O. GRANT II, ESQ.**
By:   Albert O. Grant II (NJ Bar Id No. 268911971)
Empire State Building
350 Fifth Avenue, Suite 4701
New York, New York 10118
(212) 643-8249 (tel)
*Attorneys for Defendant*
Deborah Peck

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES A. PAONE, AS COURT APPOINTED RECEIVER OF THE PROPERTY OF DEBORAH PECK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE C. PECK AND DEBORAH PECK,<br><br>Defendants. | Civil Action No.: _____ |

### NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AND TO PLAINTIFF:**

PLEASE TAKE NOTICE that Defendants George C. Peck and Deborah Peck ("Defendants"), by and through their undersigned counsel, Duane Morris LLP and Albert O. Grant II, Esq., hereby file their Notice of Removal under 28 U.S.C. § 1441 to effect removal of

DM3\2462204.1

this matter, which was commenced in the Superior Court of New Jersey, Monmouth County, and designated docket number C-176-12. Defendants state that removal is proper for the following reasons:

1. On or about December 7, 2012, Plaintiff James A. Paone, as Court-Appointed Receiver of the Property of Deborah Peck ("Plaintiff"), filed a Complaint in the Superior Court of New Jersey, Monmouth County, under Docket Number C-176-12.

2. Defendant George C. Peck was served with the Summons and Complaint on December 20, 2012.

3. As of Tuesday, February 19, 2013, Defendant Deborah Peck had not yet been served with the Summons and Complaint, upon information and belief.

4. The court has removal jurisdiction under 28 U.S.C. § 1441, because the subject matter of this action is within the original jurisdiction of the district court pursuant to 28 U.S.C. §§ 1332(a) and 1367. The parties are of diverse citizenship, as, upon information and belief, the Plaintiff is (and was at the time of the filing of the Complaint) a citizen of the State of New Jersey and both Defendants are (and were at the time of the filing of the Complaint) citizens of the State of Florida.

5. The total amount in controversy on Plaintiff's claim, exclusive of interest and costs, is in excess of $75,000.00, insofar as he seeks, among other relief, sale of property worth in excess of $2.4 million, and the judgment against Deborah Peck that is the basis for this action is in excess of $800,000.

6. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 is true and correct copy of all pleadings, processes and orders filed in this action in the Superior Court of New Jersey, Monmouth County, under Docket Number C-176-12.

7. A copy of this Notice of Removal is being served on all parties and attorneys of record via United States First Class Mail. A copy of this Notice of Removal will be filed in the office of the Deputy Clerk of the Court for the Superior Court of New Jersey, Monmouth County, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this civil action be removed to this Court from the New Jersey Superior Court, Monmouth County.

Dated: February 21, 2013

**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP

By: William S. Katchen
   Daniel Ginzburg
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
(973) 424-2000 (tel)
*Attorneys for Defendant*
George C. Peck

**ALBERT O. GRANT II, ESQ.**

By: Albert O. Grant II
Empire State Building
350 Fifth Avenue, Suite 4701
New York, New York 10118
(212) 643-8249 (tel)
*Attorneys for Defendant*
Deborah Peck